ALEXANDER'S DEPARTMENT STORES, INC., Respondent, *v.* OHR-BACH'S, INC., et al., Appellants.

Submitted November 15, 1943; decided November 19, 1943.

*Edward R. Finch, J. Norman Lewis, Edward Kurland* and *Leo J. Bondy* for motion.

*Edward Lazansky, Isidor J. Kresel* and *Wm. Peyton Marin* opposed.

Motion granted and appeal dismissed with costs, and ten dollars costs of motion.